# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., | Case No. 1:15-cv-00420-GEB-SAB |
| Plaintiffs, | VACATING DECEMBER 30, 2015 HEARING |
| v. | |
| FOWLER PACKING COMPANY INC., et al., | |
| Defendants. | |

Currently before the Court is Defendants' motion for reconsideration of the October 29, 2015 order granting in part Plaintiffs' motion to compel and denying in part Defendants' motion for a protective order. (ECF No. 35.) Plaintiffs filed an opposition to the motion on December 16, 2015. (ECF No. 38.) Defendants filed a reply on December 23, 2015. (ECF No. 39.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on December 30, 2015, at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __December 24, 2015__

UNITED STATES MAGISTRATE JUDGE

1