# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FOWLER PACKING COMPANY INC., et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00420-DAD-SAB<br><br>ORDER SETTING HEARING ON DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES AT PLAINTIFFS' DEPOSITIONS |

On February 17, 2016, Plaintiffs filed a motion for approval of opt-out disclosure notice, for an order requiring employer assurances to the class, and a grant of equal access to putative class members' contact information.  (ECF No. 49.)  Plaintiffs set the hearing before the undersigned for March 16, 2016, at 10:00 a.m.  On March 2, 2016, the parties filed a stipulation that indicated that Defendants would be filing a joint statement re Defendants' motion to compel further responses at Plaintiffs' depositions.  (ECF No. 52.)  In the March 2, 2016 stipulation, the parties requested that the Court approve the parties' stipulation and order the hearing on both matters to be heard on March 9, 2016, at 10:00 a.m.  (ECF No. 52.)

The Court sets the hearing on Defendants' motion to compel further responses at Plaintiffs' depositions for March 16, 2016, at 10:00 a.m., in Courtroom 9.  The Court will hear both Defendants' motion to compel further responses at Plaintiffs' depositions and Plaintiffs'

motion for approval of opt-out disclosure notice on March 16, 2016, at 10:00 a.m., in Courtroom 9. Plaintiffs' reply to Defendants' opposition to the motion for approval of opt-out disclosure notice shall be filed no later than March 9, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court sets the hearing on Defendants' motion to compel further responses at Plaintiffs' depositions to March 16, 2016, at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone; and

2. Plaintiffs' reply to Defendants' opposition to the motion for approval of opt-out disclosure notice shall be filed no later than March 9, 2016.

IT IS SO ORDERED.

Dated:   **March 4, 2016**

UNITED STATES MAGISTRATE JUDGE