# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOWLER PACKING COMPANY INC., et al., <br><br> Defendants. | Case No. 1:15-cv-00420-DAD-SAB <br><br> ORDER RE STIPULATION VACATING APRIL 27, 2016 HEARING AND BRIEFING DATES ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES <br><br> (ECF No. 67) |

On March 18, 2016, the Court granted Defendants' motion to compel and found that Plaintiff Elmer Avalos's deposition is to be reopened because of the changes made to the deposition transcript. (ECF No. 63.) The Court also found that Plaintiffs must pay Defendants' reasonable attorneys' fees associated with the motion to compel regarding reopening Mr. Avalos's deposition because of changes he made to his deposition transcript. (ECF No. 63.)

On April 1, 2016, Plaintiffs filed a request for reconsideration by the District Court of the Court's March 18, 2016 ruling. (ECF No. 64.) The request for reconsideration asks the District Court to reconsider the portion of the March 18, 2016 order that calls for sanctions and costs against Plaintiffs because of Plaintiffs' position in amending deposition answers of Mr. Avalos.

On April 1, 2016, Defendants filed a motion for attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 37(a). (ECF No. 65.) Defendants set the motion for hearing on

April 27, 2016, before the undersigned.  Plaintiffs indicate that they intend to oppose this motion. (ECF No. 67.)

On April 7, 2016, the parties filed a stipulation to vacate the April 27, 2016 hearing on Defendants' motion for attorneys' fees in light of Plaintiffs' pending motion for reconsideration of the Court's March 18, 2016 ruling.  (ECF No. 67.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the previously scheduled hearing on Defendants' motion for attorneys' fees set for April 27, 2016, at 10:00 a.m. in Courtroom 9 is vacated and the parties will not be required to appear at that time.  If necessary, in light of the District Judge's ruling on the motion for reconsideration, the Court will reset the briefing schedule and the hearing date for Defendants' motion for attorneys' fees.

IT IS SO ORDERED.

Dated:   **April 8, 2016**

UNITED STATES MAGISTRATE JUDGE