UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatriz Aldapa and Elmer Avalos, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FOWLER PACKING COMPANY, INC., a California Corporation; AG FORCE LLC; a California Limited Liability Company; FOWLER MARKETING INTERNATIONAL LLC, a California Limited Liability Company; and DOES 1 - 10,<br><br>Defendants. | **Case No. 1:15-cv-00420-DAD-SAB**<br><br>**ORDER RE STIPULATION RE PRODUCTION OF ELECTRONIC RECORDS AND UNDERLYING RAW DATA**<br><br>**(ECF No. 95)** |

Pursuant to the informal telephonic conference with Hon. Judge Stanley A. Boone on May 13, 2016, the parties stipulate as follows:

1. Defendants will provide Plaintiffs with electronic payroll data for 25% of the class (25% sample), as already randomly selected by CPT Group, as well as for the two (2) crews where Plaintiffs worked;

2. Defendants shall provide to Plaintiffs the raw data (handwritten crew sheets) for 10% of the employees that will be selected from the 25% random

1

sample that was selected by CPT Group. Defendants will redact data for any individuals who objected to the release of their payroll records during the discovery opt-out notice period;

3.     Plaintiffs reserve the right to obtain the raw data (crew sheets) for the remaining 15% of the 25% sample if Plaintiffs identify inconsistencies or irregularities between the raw data and electronic data in the initial 10% sample, or if there are other issues necessitating review of the additional data and Defendants reserve the right to object to this request;

4.     Defendants shall provide the electronic data to Plaintiffs for the 25% already selected and for the two (2) crews where Plaintiffs worked by Friday, May 20, 2016.

5.     Defendants shall provide the raw data (handwritten crew sheets) to Plaintiffs for the 10% sample as soon as it can be completed by Defendants, but no later than June 6, 2016, by 5:00 p.m;

6.     Defendants will provide the list of the 10% of employee worker names that were selected for the crew sheet sampling to Plaintiffs to permit the cross-check of records.

Dated:     May 16, 2016                     **MARTINEZ AGUILASOCHO & LYNCH**

                                            By:   /s/ Mario Martinez
                                                  Mario Martinez
                                                  Attorneys for Plaintiffs

Dated: May 16, 2016

**BUSH GOTTLIEB**

By: /s/ Erica Deutsch
Erica Deutsch
Attorneys for Plaintiffs

**SAGASER, WATKINS & WIELAND, PC**

Dated: May 16, 2016

By: /s/ Ian B. Wieland
Ian B. Wieland
Howard A. Sagaser
Attorneys for Defendants, FOWLER PACKING COMPANY, INC., FOWLER MARKETING INT'L., LLC, and AG FORCE, LLC

IT IS SO ORDERED,

    IT IS FURTHER ORDERED that the Defendants pay for the cost of production and redaction and that production will be provided on or before Monday, June 6, 2016 by 5:00 pm.

IT IS SO ORDERED.

Dated: **May 17, 2016**

UNITED STATES MAGISTRATE JUDGE