# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., | Case No. 1:15-cv-00420-DAD-SAB |
| Plaintiffs, | ORDER SETTING HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES |
| v. | |
| FOWLER PACKING COMPANY INC., et al., | (ECF No. 65) |
| Defendants. | |

On March 18, 2016, the Court granted Defendants' motion to compel and found that Plaintiff Elmer Avalos's deposition is to be reopened because of the changes made to the deposition transcript. (ECF No. 63.) The Court also found that Plaintiffs must pay Defendants' reasonable attorneys' fees associated with the motion to compel regarding reopening Mr. Avalos's deposition because of changes he made to his deposition transcript. (ECF No. 63.)

On April 1, 2016, Plaintiffs filed a request for reconsideration by the District Court of the Court's March 18, 2016 ruling. (ECF No. 64.) The request for reconsideration asked the District Court to reconsider the portion of the March 18, 2016 order that calls for sanctions and costs against Plaintiffs because of Plaintiffs' position in amending the deposition answers of Mr. Avalos. On April 1, 2016, Defendants filed a motion for attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 37(a). (ECF No. 65.) Defendants set the motion for hearing on April 27, 2016, before the undersigned.

1       On April 7, 2016, the parties filed a stipulation to vacate the April 27, 2016 hearing on
2  Defendants' motion for attorneys' fees in light of Plaintiffs' motion for reconsideration of the
3  Court's March 18, 2016 ruling.  (ECF No. 67.)  On April 8, 2016, pursuant to the parties'
4  stipulation, the Court vacated the April 27, 2016 hearing.  (ECF No. 68.)
5       On June 16, 2016, District Judge Dale A. Drozd denied Plaintiffs' request for
6  reconsideration of the order awarding sanctions against Plaintiffs for the costs of litigating a
7  motion to compel the reopening of Mr. Avalos's deposition.  (ECF No. 98.)  Accordingly, the
8  Court sets a briefing scheduling and hearing date on Defendants' motion for attorneys' fees.
9       The Court sets the hearing on Defendants' motion for attorneys' fees for July 20, 2016, at
10 10:00 a.m., in Courtroom 9.  Plaintiffs' opposition to Defendants' motion for attorneys' fees
11 shall be filed no later than June 29, 2016.  Defendants' reply to Plaintiffs' opposition to the
12 motion for attorneys' fees shall be filed no later than July 6, 2016.
13      Accordingly, IT IS HEREBY ORDERED that:
14   1. The Court sets the hearing on Defendants' motion for attorneys' fees (ECF No. 65)
15      for July 20, 2016, at 10:00 a.m. in Courtroom 9 (SAB) before United States
16      Magistrate Judge Stanley A. Boone;
17   2. Plaintiffs' opposition to Defendants' motion for attorneys' fees shall be filed no later
18      than June 29, 2016; and
19   3. Defendants' reply to Plaintiffs' opposition to the motion for attorneys' fees shall be
20      filed no later than July 6, 2016.

IT IS SO ORDERED.

Dated:  **June 17, 2016**

UNITED STATES MAGISTRATE JUDGE