# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FOWLER PACKING COMPANY INC., et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00420-JAM-SAB<br><br>ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION FOR ATTORNEY FEES TO AUGUST 31, 2016<br><br>(ECF Nos. 99, 100) |

On June 16, 2016, District Judge Dale A. Drodz issued an order granting in part Plaintiff's motion for reconsideration. The undersigned issued an order setting a briefing schedule on Defendants' motion for attorney fees on June 17, 2016. On June 24, 2016, the parties filed a stipulation to postpone the briefing and oral argument on the motion for attorney fees while they pursue mediation.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The briefing schedule and hearing on Defendants' motion for attorney fees is CONTINUED as follows:

    a. The hearing on Defendants' motion for attorney fees is CONTINUED from July 20, 2016, at 10:00 a.m. to **August 31, 2016 at 10:00 a.m. in Courtroom 9**;

    b. Defendants may file a supplement to the motion for attorney fees to address those

fees incurred in the motion for reconsideration of the order granting sanctions on or before August 3, 2016;

c. Plaintiffs opposition to the motion for attorney fees shall be filed on or before August 17, 2016; and

d. Defendants' reply, if any, shall be filed on or before August 24, 2016.

IT IS SO ORDERED.

Dated: **June 27, 2016**

UNITED STATES MAGISTRATE JUDGE