Ira L. Gottlieb (SBN 103236)
Erica Deutsch (SBN 204427)
**BUSH GOTTLIEB**
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Mario Martinez (SBN 200721)
Edgar I. Aguilasocho (SBN 285567)
**MARTINEZ AGUILASOCHO & LYNCH, APLC**
P.O. Box 11208
Bakersfield, CA 93389-1208
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs and Proposed Class

Howard A. Sagaser, (SBN 72492)
Ian B. Wieland (SBN 285721)
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, Fowler Packing Company, Inc., Fowler Marketing International, LLC, And Ag Force, LLC

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA and ELMER AVALOS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOWLER PACKING COMPANY, INC., a California Corporation; AG FORCE, LLC; a California Limited Liability Company; FOWLER MARKETING INTERNATIONAL LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   1:15-CV-00420-GEB-SAB<br><br>**SECOND STIPULATION TO CONTINUE DATE FOR FILING OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; ORDER** |

The parties, through their respective counsel, seek a Court Order continuing the due date for Plaintiffs to file their Motion for Class Certification, currently due on or before October 1, 2016. See Dok. 105 (Order Re Stipulation To Continue Date For Filing Of Plaintiffs' Motion For Class Certification).  The parties previously stipulated to and received a 30 day extension to continue the due date.  Dok. 105.

The bases for the request to continue the due date and the stipulation are the following:

1. The parties have been diligently working to find mutually agreeable dates to conduct the Rule 30 depositions of the Person Most Qualified ("PMQ") for each of the Defendants, Ag Force, LLC, Fowler Packing Co., Inc. and Fowler Marketing, Int'l., LLC, and the second day of deposition for Plaintiff Elmer Avalos.

2. The August dates selected by Plaintiffs' counsel for the PMQ depositions conflict with the scheduled vacation for the PMQ to be designated by Defendants and with the scheduled vacation for Defendants' counsel.

3. The first available dates for the PMQ depositions are September 12 and September 13. The parties are also looking at September 14th for Plaintiff Avalos' deposition.

4. Rather than seek to compel the depositions by court order, Plaintiffs and Defendants prefer to schedule the depositions at mutually agreeable dates.

5. However, due to the delay in taking these PMQ depositions, Plaintiffs will not have reasonable time to analyze and incorporate the information gathered from those depositions into their class certification motion, even if transcripts are expedited.  Plaintiffs therefore will need additional time to prepare their class certification motion.

6. The parties have agreed to an additional three (3) weeks for Plaintiffs to file their class certification motion.

Based on the foregoing, the parties agree that it would be appropriate to extend the deadline for Plaintiffs to file their class certification motion by 21 days, with a new due date of October 22, 2016.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 24, 2016

**MARTINEZ AGUILASOCHO & LYNCH, APLC**

By:     s/ Mario Martinez
Mario Martinez
Attorneys for Plaintiffs and the Putative Class

Dated:  August 24, 2016

**BUSH GOTTLIEB**

By:     s/ Ira L. Gottlieb
Ira L. Gottlieb
Attorneys for Plaintiffs and the Putative Class

Dated:  August 24, 2016

**SAGASER, WATKINS & WIELAND PC**

By:     s/ Howard A. Sagaser
Howard A. Sagaser
Ian B. Wieland
Attorneys for Defendants, FOWLER PACKING CO., INC., FOWLER MARKETING INTERNATIONAL, LLC, and AG FORCE, LLC

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA and ELMER AVALOS, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>FOWLER PACKING COMPANY, INC., a California Corporation; AG FORCE, LLC; a California Limited Liability Company; FOWLER MARKETING INTERNATIONAL LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.:    1:15-CV-00420-GEB-SAB<br><br><br><br>**ORDER** |

    Having reviewed the second stipulation by the parties through their respective counsel, the Court hereby approves the stipulation and extends the due date for Plaintiffs to file their Motion for Class Certification. Plaintiffs may file their Motion for Class Certification on or before October 22, 2016.

IT IS SO ORDERED.

Dated:   **August 25, 2016**

UNITED STATES MAGISTRATE JUDGE