UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>FOWLER PACKING COMPANY, INC., et al.,<br><br>                Defendants. | Case No.: 1:15-cv-00420-DAD-SAB<br><br>ORDER RE THIRD STIPULATION TO CONTINUE DATE FOR FILING OF PLAINTIFFS'' MOTION FOR CLASS CERTIFICATION |

      Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that

      1.     Plaintiffs' motion for class certification shall be filed on or before December 21, 2016; and

      2.     Defendants opposition to Plaintiffs' motion for class certification shall be filed on or before January 20, 2017.

IT IS SO ORDERED.

Dated:   **October 11, 2016**

                                                                UNITED STATES MAGISTRATE JUDGE