UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA and ELMER AVALOS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOWLER PACKING COMPANY, INC., a California Corporation; AG FORCE, LLC; a California Limited Liability Company; FOWLER MARKETING INTERNATIONAL LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | 1:15-cv-00420-DAD-SAB<br><br>**ORDER** |

Having reviewed the fourth stipulation by the parties through their respective counsel, the Court hereby approves the stipulation and extends the due date for Plaintiffs to file their Motion for Class Certification. Plaintiffs may file their Motion for Class Certification on or before

February 4, 2017.   Defendants shall have thirty (30) days to file their opposition to Plaintiffs' Motion for Class Certification, with a due date of March 6, 2017.

IT IS SO ORDERED.

Dated:   **December 9, 2016**

UNITED STATES MAGISTRATE JUDGE