Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
David G. Litman, State Bar No. 285768
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant, FOWLER PACKING COMPANY, INC., FOWLER MARKETING INTERNATIONAL, LLC, and AG FORCE, LLC

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA and ELMER AVALOS, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOWLER PACKING COMPANY, INC., a California Corporation; AG FORCE, LLC; a California Limited Liability Company; FOWLER MARKETING INTERNATIONAL LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   1:15-cv-00420-DAD-SAB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DEPOSIT FUNDS PURSUANT TO UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA LOCAL RULE 150<br><br>(ECF No. 137) |

Pursuant to the stipulation of the parties regarding Defendant's Request to Deposit Funds Pursuant to United States District Court Eastern District of California Local Rule 150 ("L.R. 150), the Court HEREBY GRANTS Defendants' request that the money deposited by the Defendants in the above-captioned matter be placed in trust with Wild Carter & Tipton, A Professional Law Corporation located in Fresno, California, and that other particular provisions (the terms of the proposed Stipulation) govern the placement of deposit, pursuant to L.R. 150(d).

IT IS SO ORDERED.

Dated:   **December 15, 2016**

UNITED STATES MAGISTRATE JUDGE