UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FOWLER PACKING COMPANY, INC., et al.,<br><br>　　　　　　Defendants. | No. 1:15-cv-00420-DAD-SAB<br><br>ORDER GRANTING RELIEF FROM PAGE LIMITATIONS AND EXTENDING DEADLINE FOR FILING REPLY BRIEF<br><br>(Doc. No. 143) |

On January 26, 2017, the parties to this action filed a stipulation seeking relief from the applicable page limitations with respect to briefing related to the motion for class certification in this matter. (Doc. No. 143.) Specifically, the parties have requested the page limit for the opening brief and opposition brief be expanded to sixty-five (65) pages, and the page limit for the reply brief be expanded to twenty-five (25) pages. The parties have also requested that plaintiffs be granted an extension of time of seven (7) days to file their reply brief on or before March 20, 2017. These extensions are necessary because of the size of this motion, plaintiffs having alleged twelve separate causes of action and seeking certification of twelve distinct subclasses, all of which would contain hundreds or thousands of workers. (Doc. No. 143 at 2.)

Good cause having been shown,

1. The opening brief for plaintiffs' motion for class certification shall be no more than sixty-five (65) pages in length;

1

2. The opposition brief in connection with the motion shall be no more than sixty-five (65) pages in length;

3. The reply brief shall be no more than twenty-five (25) pages in length; and

4. Plaintiffs shall file their reply brief by March 20, 2017.

IT IS SO ORDERED.

Dated: **January 30, 2017**

UNITED STATES DISTRICT JUDGE