# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOWLER PACKING COMPANY INC., et al.,<br><br>    Defendants. | Case No. 1:15-cv-00420-DAD-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 219) |

On March 1, 2018, the Court issued a phase two scheduling order setting pretrial deadlines and the trial date for this action. (ECF No. 193.) The phase two scheduling order was subsequently amended on September 17, 2018 (ECF No. 200), and on February 12, 2019 (ECF No. 206). On March 5, 2019, the undersigned issued an order granting in part and denying in part Plaintiffs' motion for a protective order. (ECF No. 209.) On March 19, 2019, Plaintiffs filed a request for reconsideration of the March 5, 2019 order. (ECF No. 210.) While the request for reconsideration was pending before the District Judge, the parties filed a stipulation requesting that the scheduling order be modified based on the prospective date that the order on the request for reconsideration would be entered. (ECF No. 219.) On June 27, 2019, the District Judge entered an order on Plaintiffs' request for reconsideration. (ECF No. 220.) The Court finds good cause to grant the parties requested modification to the scheduling order.

///

///

1

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the March 1, 2018 phase two scheduling order (ECF No. 193), as amended (ECF Nos. 200, 206), is further amended as follows:

1. Non-Expert Discovery Deadline: September 26, 2019;
2. Expert Disclosure Deadline: October 26, 2019;
3. Supplemental Expert Disclosure Deadline: January 24, 2020;
4. Expert Discovery Deadline: April 23, 2020;
5. Dispositive Motion Filing Deadline: May 28, 2020;
6. Settlement Conference: February 25, 2020 at 9:30 a.m. before Judge Barbara A. McAuliffe in Courtroom 8;
7. Pre-Trial Conference: October 5, 2020 at 1:30 p.m.;
8. Trial Date: January 5, 2021 at 1:00 p.m.;
9. All other dates and aspects of the March 1, 2018 amended scheduling order shall remain in effect; and
10. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **June 28, 2019**

UNITED STATES MAGISTRATE JUDGE

2