UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>FOWLER PACKING COMPANY, INC., et al.,<br><br>                Defendants. | Case No.: 1:15-cv-00420-DAD-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 226) |

      Having received and considered the Joint Stipulation to Amend the Scheduling Order (ECF No. 223) submitted by Plaintiffs Beatriz Aldapa and Elmer Avalos and Defendants Fowler Packing Company, Inc., Ag Force LLC, and Fowler Marking International LLC, the Court finds good cause exists to amend the scheduling order.

      Accordingly, IT IS HEREBY ORDERED that the that the March 1, 2018 phase two scheduling order (ECF No. 193), as amended (ECF Nos. 200, 206, 221, 223), is further amended as follows:

      1.      Non-Expert Discovery Deadline: March 26, 2020;

      2.      Expert Disclosure Deadline: April 27, 2020;

      3.      Supplemental Expert Disclosure Deadline: June 24, 2020;

4. Expert Discovery Deadline: September 23, 2020;

5. Dispositive Motion Filing Deadline: November 23, 2020;

6. Settlement Conference: August 13, 2020, at 9:30 a.m. before Judge Barbara A. McAuliffe in Courtroom 8;

7. Pre-Trial Conference: February 8, 2021, at 1:30 p.m. in Courtroom 5 before Judge Dale A. Drozd;

8. The trial remains set for April 6, 2021, at 1:00 p.m. in Courtroom 5 before Judge Dale A. Drozd; and

9. All other aspects of the March 1, 2018 amended scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **November 25, 2019**

UNITED STATES MAGISTRATE JUDGE