# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOWLER PACKING COMPANY, INC., et al., <br><br> Defendants. | Case No.: 1:15-cv-00420-DAD-SAB <br><br> ORDER RE: JOINT EMPLOYMENT <br><br> (ECF No. 235) |

Having reviewed the stipulation of the parties, the Court hereby accepts the stipulation that pursuant to the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA") and California law, Defendants Fowler Packing Co., Inc., Fowler Marketing International, LLC, and Ag Force, LLC jointly employ and employed Plaintiffs, the certified class, and the certified subclasses as currently defined in the Court's order of January 24, 2018 (ECF No. 185) as clarified on February 16, 2018 (ECF No. 189), as may be defined by the Court in any future order.

IT IS SO ORDERED.

Dated: **March 5, 2020**

UNITED STATES MAGISTRATE JUDGE