# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., | Case No.  1:15-cv-00420-DAD-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST TO AMEND PHASE TWO SCHEDULING ORDER |
| v. | |
| FOWLER PACKING COMPANY INC., et al., | (ECF No. 241) |
| Defendants. | |

On March 1, 2018, a Phase Two Scheduling Order issued in this action.  (ECF No. 193.) At the stipulation of the parties, the Phase Two Scheduling Order was amended on September 17, 2018; February 12, 2019; June 28, 2019; September 13, 2019; November 25, 2019; March 19, 2020; July 24, 2020; and most recently, on November 24, 2020.  (ECF Nos. 200, 206, 221, 223, 229, 238, 240, 243.)  As modified, the scheduling order currently reflects the following dates and deadlines:

1. Expert Disclosure Deadline: January 25, 2021;
2. Supplemental Expert Disclosure Deadline: February 25, 2021;
3. Expert Discovery Deadline: April 22, 2021;
4. Dispositive Motion Filing Deadline: May, 20, 2021;
5. Settlement Conference: June 17, 2021, at 9:30 a.m. before Judge Barbara A.

| | | |
|---|---|---|
|  |  | McAuliffe in Courtroom 8; |
|  | 6. | Pre-Trial Conference: January 10, 2022, at 1:30 p.m., in Courtroom 5 before District Judge Dale A. Drozd; and |
|  | 7. | Trial Date: April 5, 2022, at 1:00 p.m., in Courtroom 5 before District Judge Dale A. Drozd. |

(ECF Nos. 240, 243.)

On January 19, 2021, the parties submitted a stipulation to further amend the Phase Two Scheduling Order. (ECF No. 245.) The stipulation explains that on October 6, 2020, Defendants informed Plaintiffs that they discovered approximately 180,000 additional, responsive meal period records that had inadvertently not been produced years earlier due to an employee error. (Id. at 3.) Because of the volume of the production and COVID-19, Defendants spent many weeks scanning and organizing the documents for ease of review, and completed production of the supplemental documents on October 22, 2020, the day of the discovery cut-off. (Id.) After reviewing the records, Plaintiffs' counsel confirmed that there are approximately 440,000 documents that were produced by Defendants, which included the additional approximately 180,000 documents not previously produced. As a result, Plaintiffs' expert needs additional time to assess the voluminous data. (Id.) The parties have met and conferred and agree that extending the expert disclosure deadline would benefit the parties' ability to move the case forward based on the recent production, and proffer that the change will not impact the current trial date. (Id.) The Court finds good cause to amend the scheduling order based on the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that the March 1, 2018 Phase Two Scheduling Order, as amended on September 17, 2018; February 12, 2019; June 28, 2019; September 13, 2019; November 25, 2019; March 19, 2020; July 24, 2020; and November 24, 2020, is further AMENDED as follows:

1. Expert Disclosure Deadline: May 24, 2021;
2. Supplemental Expert Disclosure Deadline: June 21, 2021;
3. Expert Discovery Deadline: July 13, 2021;

4. Dispositive Motion Filing Deadline: September 17, 2021;

5. Settlement Conference: October 26, 2021, at 9:30 a.m. before Judge Barbara A. McAuliffe in Courtroom 8; and

6. All other aspects of the amended March 1, 2018 Phase Two Scheduling Order, shall remain in effect.

IT IS SO ORDERED.

Dated: **January 20, 2021**

UNITED STATES MAGISTRATE JUDGE