# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOWLER PACKING COMPANY INC., et al., <br><br> Defendants. | Case No. 1:15-cv-00420-DAD-SAB <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE AND AMEND BRIEFING SCHEDULE ON MOTION TO STRIKE ABSENT CLASS MEMBER DECLARATIONS <br><br> (ECF Nos. 247, 250) |

On April 30, 2021, Defendants filed a motion to strike absent class member declarations that is currently set for hearing before the undersigned on June 2, 2021. (ECF No. 247.) On May 19, 2021, the parties filed a stipulation requesting the hearing date be continued until June 9, 2021, and the briefing schedule be adjusted accordingly. (ECF No. 250.) The Court finds good cause to grant the stipulated request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion to strike absent class member declarations currently set for June 2, 2021 (ECF No. 247), is CONTINUED to June 9, 2021, at 10:00 AM in Courtroom 9;
2. Plaintiffs shall file an opposition brief on or before May 26, 2021; and
3. Defendants shall file any reply brief on or before June 2, 2021.

IT IS SO ORDERED.

Dated: **May 19, 2021**

UNITED STATES MAGISTRATE JUDGE

2