UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., <br><br> Plaintiff, <br><br> v. <br><br> FOWLER PACKING COMPANY, INC., et al. <br><br> Defendants. | CASE No. 1:15-cv-00420-DAD-SAB <br><br> ORDER RE JOINT STIPULATION TO AMEND THE PHASE TWO SCHEDULING ORDER <br><br> (ECF No. 258) |

On June 23, 2021, a stipulation was filed to continue the deadlines in the scheduling order. (ECF No. 258.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the March 1, 2018 scheduling order, as amended September 17, 2018; February 12, 2019; June 28, 2019; September 13, 2019; November 25, 2019; March 19, 2020; July 24, 2020; November 24, 2020; January 20, 2021; and May 18, 2021, is further amended as follows:

1. Expert Disclosure Deadline: July 8, 2021
2. Supplemental Expert Disclosure Deadline: August 11, 2021
3. Expert Discovery Deadline: September 14, 2021
4. Dispositive Motion Deadline: November 1, 2021
5. The pretrial conference set for January 24, 2022, and trial set for April 5, 2022, are VACATED to be reset following resolution of any dispositive motions that are filed.

1

6. All other aspects of the March 1, 2018 Phase Two Scheduling Order, as previously amended in Docket 249, shall remain in effect.

IT IS SO ORDERED.

Dated: **June 24, 2021**

_____
UNITED STATES MAGISTRATE JUDGE