# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FOWLER PACKING COMPANY INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00420-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO AMEND PHASE TWO SCHEDULING ORDER<br><br>(ECF No. 263) |

　　　　On March 1, 2018, a Phase Two Scheduling Order issued in this action. (ECF No. 193.) At the stipulation of the parties, the Phase Two Scheduling Order was amended on September 17, 2018; February 12, 2019; June 28, 2019; September 13, 2019; November 25, 2019; March 19, 2020; July 24, 2020; November 24, 2020; January 20, 2021; May 18, 2021; June 24, 2021; and most recently, on July 27, 2021. (ECF Nos. 200, 206, 221, 223, 229, 238, 240, 243, 246. 249, 259, 262.) In the most recent amendment, the Court continued the deadlines for supplemental expert disclosures, expert discovery, and filing dispositive motions. (ECF No. 262.)

　　　　On September 28, 2021, the parties filed a stipulated request to continue the deadlines in the scheduling order, as well as the settlement conference date, due to the experts' and counsel's availability to complete expert discovery. (ECF No. 263.) The parties participated in an informal

exchange of expert information on August 16, 2021, which is still ongoing, and seek additional time to produce further information and to further assess the experts' materials before the supplemental expert disclosure deadline. (Id.) The Court finds good cause to grant the stipulated request, particularly given no pretrial conference and trial dates are currently set.

Accordingly, IT IS HEREBY ORDERED that the March 1, 2018 Phase Two Scheduling Order, as amended on September 17, 2018; February 12, 2019; June 28, 2019; September 13, 2019; November 25, 2019; March 19, 2020; July 24, 2020; November 24, 2020; January 20, 2021; May 18, 2021; June 24, 2021; and July 27, 2021, is further AMENDED as follows:

1. Supplemental Expert Disclosure Deadline: October 14, 2021;
2. Expert Discovery Deadline: December 10, 2021;
3. Dispositive Motion Filing Deadline: January 21, 2022;[1]
4. Settlement Conference: January 25, 2022, at 9:30 a.m. before Judge Barbara A. McAuliffe in Courtroom 8; and
5. All other aspects of the March 1, 2018 Phase Two Scheduling Order, as previously amended, shall remain in effect.

IT IS SO ORDERED.

Dated:   **September 28, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes the parties' stipulated request to continue dates seeks to continue the dispositive motion filing deadline and the settlement conference to dates in 2021 instead of, presumably, 2022. The instant order reflects the correct new scheduling dates.