1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | BEATRIZ ALDAPA, et al.,

12 |         Plaintiffs,

13 |     v.

14 | FOWLER PACKING COMPANY INC., et al.,

15 |

16 |         Defendants.

17

18

Case No.  1:15-cv-00420-DAD-SAB

ORDER GRANTING FOURTEENTH STIPULATED REQUEST TO AMEND PHASE TWO SCHEDULING ORDER

(ECF Nos. 264, 269)

19       On March 1, 2018, a Phase Two Scheduling Order issued in this action.  (ECF No. 193.)

20 At the stipulation of the parties, the Phase Two Scheduling Order was amended on September 17,

21 2018; February 12, 2019; June 28, 2019; September 13, 2019; November 25, 2019; March 19,

22 2020; July 24, 2020; November 24, 2020; January 20, 2021; May 18, 2021; June 24, 2021; July 27,

23 2021; and most recently, on September 29, 2021.  (ECF Nos. 200, 206, 221, 223, 229, 238, 240,

24 243, 246. 249, 259, 262, 264.)  In the most recent amendment, the Court continued the deadlines

25 for supplemental expert disclosures, expert discovery, filing dispositive motions, and the date of

26 the settlement conference.  (ECF No. 264.)

27       On January 4, 2022, the parties filed a stipulated request to continue the expert discovery

28 and dispositive motion deadlines in the scheduling order, as well as the settlement conference date,

due to the experts' and counsel's availability to complete expert discovery and in anticipation of the parties' private mediation currently set for February 2, 2022.  (ECF No. 269.)  The parties completed five expert witness depositions and agreed during meet and confer communications to explore the mediation process.  (Id.)  In light of the parties' scheduled mediation date, the parties proffer that continuing the remaining deadlines is reasonable.  (Id.)  The parties further proffer that, if the case does not settle at the private mediation, they remain amenable to attending the settlement conference currently set before Judge Barbara A. McAuliffe at a later date.  (Id.)  The Court finds good cause to grant the stipulated request, particularly given no pretrial conference and trial dates are currently set.  However, the Court is mindful that this is the fourteenth time that the Phase Two deadlines have been continued and advises the parties that further modification of this scheduling order will require a strong showing of good cause.

Accordingly, IT IS HEREBY ORDERED that the March 1, 2018 Phase Two Scheduling Order (ECF No. 193), as amended on September 17, 2018 (ECF No. 200); February 12, 2019 (ECF No. 206); June 28, 2019 (ECF No. 221); September 13, 2019 (ECF No. 223); November 25, 2019 (ECF No. 229); March 19, 2020 (ECF No. 238); July 24, 2020 (ECF No. 240); November 24, 2020 (ECF No. 243); January 20, 2021 (ECF No. 246); May 18, 2021 (ECF No. 249); June 24, 2021 (ECF No. 259); July 27, 2021 (ECF No. 262); and September 29, 2021 (ECF No. 264), is further AMENDED as follows:

1.  Expert Discovery Deadline: December 20, 2021;

2.  Dispositive Motion Filing Deadline: April 4, 2022;

3.  Settlement Conference: May 5, 2022, at 9:30 a.m. before Judge Barbara A. McAuliffe in Courtroom 8; and

///

///

///

///

///

///

2

1        4.      All other aspects of the March 1, 2018 Phase Two Scheduling Order (ECF No. 193),

2        as previously amended, shall remain in effect.

3

4   IT IS SO ORDERED.

5   Dated:   **January 5, 2022**

                                       UNITED STATES MAGISTRATE JUDGE