# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FOWLER PACKING COMPANY INC., et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00420-DAD-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING MOTION FOR PRELIMINARY APPROVAL BE FILED WITHIN NINETY DAYS<br><br>(ECF No. 271) |

On April 4, 2022, the parties filed a notice of settlement and requested ninety (90) days for Plaintiffs to file a motion for preliminary approval of the settlement. (ECF No. 271.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiffs shall file a motion for preliminary approval within **ninety (90) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 4, 2022**__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1