# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>FOWLER PACKING COMPANY INC., et al., <br><br>　　　　Defendants. | Case No. 1:15-cv-00420-DAD-SAB <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL <br><br> (ECF No. 273) |

On April 4, 2022, the parties filed a notice of settlement and the Court ordered Plaintiffs to file a motion for preliminary approval of the settlement within ninety (90) days. (ECF No. 271, 272.) On June 30, 2022, the parties filed a stipulated motion requesting the deadline to file the motion for preliminary approval, currently set for July 5, 2022, be extended by a period of thirty (30) days. (ECF No. 273.) The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and Plaintiffs shall file the motion for preliminary approval on or before August 4, 2022.

IT IS SO ORDERED.

Dated: **July 1, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1