UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ALDAPA, et al., | No. 1:15-cv-00420-ADA-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATION REGARDING JOINT AMENDMENT TO CLASS NOTICE |
| v. | |
| FOWLER PACKING CO., INC., et al., | (ECF No. 284) |
| Defendants. | |

On January 12, 2023, the Court granted Plaintiffs' unopposed motion for preliminary approval of a class action settlement. (ECF No. 283.) In that order, the Court approved, with minor edits, the parties' proposed class notice. (*Id.* at 18.) Plaintiffs were ordered to mail the notice within fourteen days after receiving settlement class data from Defendants. (*Id.*) On February 1, 2023, the parties filed a joint stipulation seeking to make a minor change to the proposed class notice. (ECF No. 284.) Specifically, the parties state that the "current class notice includes [a] provision of a 'start date' and 'end date' for each class member's employment, but the parties believe the 'end date' may lead to confusion, primarily because many of the class members have ongoing employment with Defendants, so their employment has not ended." (*Id.* at 3.) The parties also provided a red-lined version of the final proposed class notice that incorporates the edits the Court had previously suggested. (*See id.* at 6–18.)

///

1

1       The Court agrees that the proposed change will avoid confusion among class members
2 and is not at odds with any provisions of the settlement agreement.  After reviewing the red-lined
3 version of the proposed class notice, the Court does not have any further edits to suggest.  The
4 Court also recognizes that Plaintiffs were ordered to mail the notice twenty-four days after
5 issuance of the order granting preliminary approval, and that addressing this stipulation has
6 delayed the mailing by a few days.  Plaintiffs are therefore ordered to mail the proposed notice as
7 soon as practicable following issuance of this order.

8       Accordingly,

9     1.    The stipulation of the parties, (ECF No. 284), is granted;

10     2.    Plaintiffs are ordered to mail the notice of class action settlement to class members
11         as soon as practicable following the issuance of this order;

12     3.    The other deadlines listed in the order granting preliminary approval of the class
13         action settlement, (ECF No. 283 at 18–19), shall remain in effect.

16 IT IS SO ORDERED.

17     Dated:   February 14, 2023

UNITED STATES DISTRICT JUDGE